No. 202, Misc. CUFF *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 204, Misc. CURTIN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 207, Misc. RUCKLE *v.* WARDEN, BALTIMORE CITY JAIL. C. A. 4th Cir. Certiorari denied.

No. 208, Misc. GARNETT *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 209, Misc. HIRSCH *v.* ARCHER-DANIELS-MIDLAND Co. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. A. Donald MacKinnon* for respondent.

No. 210, Misc. NERWINSKI *v.* YEAGER, PRISON KEEPER. C. A. 3d Cir. Certiorari denied.

No. 214, Misc. COHEN *v.* LOUISIANA STATE BAR ASSOCIATION. Supreme Court of Louisiana. Certiorari denied. *G. Wray Gill* for petitioner. *John Pat. Little* for respondent.

No. 215, Misc. YBARRA *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied.

No. 218, Misc. HOLLAND *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 221, Misc. WHITSEL *v.* BETO, CORRECTIONS MANAGER. Court of Criminal Appeals of Texas. Certiorari denied.